**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2843**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AUGUSTINE PEREZ,

Claimant - Appellant,

and

$15,716.00 IN U. S. CURRENCY,

Defendant.

---

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  James C. Turk, District Judge. (CA-90-4-L)

---

Submitted:  September 24, 1996       Decided:  October 10, 1996

---

Before MURNAGHAN, NIEMEYER, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Augustine Perez, Appellant Pro Se.  Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders granting the Government's motion for forfeiture of property and denying Appellant's motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Perez</u>, No. CA-90-4-L (W.D. Va. Sept. 6 & 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>